## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEVIN KELLEY,
*Plaintiff,*

v.

BROCK GROUP, INC., et al.,
*Defendants.*

Civil Number: **23-cv-3247-RJD**

## <u>JUDGMENT IN A CIVIL CASE</u>

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by

this Court on December 1, 2023, this case is DISMISSED without prejudice. Each party to bear

their own costs.

**DATED:  December 4, 2023**

**MONICA A. STUMP**
**CLERK OF COURT**

**By:** *s/Jamie Melson*

**Deputy Clerk**

**APPROVED:**

*s/ Reona J. Daly*

**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**